# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF SETTING**                    Date:  April 3, 2000

| | |
|---|---|
| EQUAL EMPLOYMENT OPP. | |
| Plaintiff | |
| vs. | Civil 96-2650 (PG) |
| V.I.A., A.A.A. | |
| Defendans | |

By Order of the Court a status conference in the above captioned case, is hereby set for **Wednesday, April 19, 2000,** at 8:30 A.M.  This proceeding will be held before Honorable Juan M. Pérez-Giménez.

_____
Lida Isis Egelé
Courtroom Deputy

s/c:   Ann Thatcher-Anderson
       Angel Tapia Flores
       Pablo Landrau