# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

<u>MINUTES OF PROCEEDINGS</u>

| | |
|---|---|
| HONORABLE JUAN M. PEREZ-GIMENEZ | DATE: April 19, 2000 |
| COURTROOM DEPUTY: Lida Isis EGELE | CIVIL CASE: 96-2650 (PG) |

===================================================================

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY | <u>Attorneys:</u> Ann THATCHER ANDERSON |
| vs. | |
| U.I.A. and A.A.A. | Iván M. CASTRO ORTIZ<br>Angel TAPIA FLORES |

===================================================================

STATUS CONFERENCE held in chambers. Mrs. Ann Thatcher Anderson, for the EEO, participated by phone. The Court is informed that the complainant is not seeking compensatory nor punitive damages. He is seeking reinstatement and back pay, plus pre-judgment interest. He requests that the pay scale be produced within thirty days so that the calculations may be worked out.

Co-defendant U.I.A. stated that the complainant may be placed in a non-union position.

Co-defendant A.A.A. is granted thirty days to produce the pay scales. The parties are granted thirty days thereafter to do the calculations and study the alternatives that may exist as to the reinstatement. By June 19, 2000, the parties shall submit the calculations they reached to the Court. By June 19, they also should have resolved the specific



Civil 96-2650 (PG)  Page 2
April 19, 2000
=================================================================

position where the complainant will be reinstated to, the job description or how the position is identified.

Equal Employment Opportunity requests a ruling on A.A.A.'s motion (dkt. #28) to set aside the monies awarded to EEO on September 16, 1998 (dkt. #24). This motion was opposed on December 1, 1998 (dkt. #31).

*[signature]*
Lida Isis EGELE
Courtroom Deputy

s/c:   All counsel