# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION,
    Plaintiff,

      v.                   Civil  No. 96-2650 (PG)

UNION INDEPENDIENTE DE LA
AUTORIDAD DE ACUEDUCTOS Y
ALCANTARILLADOS DE PUERTO RICO,
ET AL.,
    Defendants.

| MOTION | ORDER |
|--------|-------|
| Docket #28 - Motion To Set Aside Order. | DENIED. |

Date: _____ July   14 , 2000.

JUAN M. PEREZ-GIMENEZ
U.S. District Judge