UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | * * * | |
| Plaintiff | * * | |
| v. | * * | Civ. No. 96-2650 (PG) |
| UNION INDEPENDIENTE, ET AL., | * * | |
| Defendants | * * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## JUDGMENT

There being no other matters pending or issues to be resolved, it is hereby

**ORDERED and ADJUDGED** that the case be dismissed.

San Juan, Puerto Rico, October 6, 2000.

_____
JUAN M. PEREZ-GIMENEZ
U.S. District Judge

AO 72A
(Rev.8/82)