IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br>Plaintiff<br><br>v.<br><br>UNION INDEPENDIENTE DE LA AUTORIDAD DE ACUEDUCTOS Y ALCANTARILLADOS DE PUERTO RICO<br>Defendant<br><br>and<br><br>AUTORIDAD DE ACUEDUCTOS Y ALCANTARILLADOS DE PUERTO RICO<br>Rule 19 Defendant | CIVIL NO. 96-2650 (PG) |

**NOTICE OF APPEAL**

TO THE HONORABLE COURT:

COME NOW, defendant, Union Independiente de la Autoridad de Acueductos y Alcantarillados, through the undersigned attorneys, and very respectfully state, alleges and prays as follows:

Notice is hereby given that the defendant, Union Independiente de la Autoridad de Acueductos y Alcantarillados de Puerto Rico, in the above captioned case hereby appeals to the United States Court of Appeals for the First Circuit from the "Judgement", issued by the District Court for the District of Puerto Rico on the 6th day of October, 2000 (entered on October 10th, 2000, docket 59) and the "Opinion and Order" issued by the District Court for the District of Puerto Rico on the 25th day of September, 2000 and filed on September 26, 2000 (docket entry 58).

RESPECTFULLY SUBMITTED.

**I HEREBY CERTIFY:** that on this date a true and exact copy of this motion was sent to Raechel L. Adams, Trial Attorney, New York District Office, 7 World Trade Center, 18th Floor, New York, N.Y. 10048, Tapia & Avilés, Angel L. Tapia Flores, P.O. Box 362167, San Juan, Puerto Rico 00936-2167 and Aldarondo & López Bras, Pablo Landrau Pirazzi, 588 de Hostos Avenue, Urb. Baldrich, Hato Rey, Puerto Rico 00918.

In San Juan, Puerto Rico, this 24th day of October, 2000.

RAMIREZ LAVANDERO, LANDRON & VERA
151 Fortaleza Street, Suite Ph-2
Old San Juan, PR 00901
Tel. (787) 725-1015
Fax. (787) 723-2443

EDUARDO A. VERA RAMIREZ
USDC-PR-209713

E:0638-01Notice of Appeal/EVR/jr

```
Tue Oct 24 15:42:27 2000

UNITED STATES DISTRICT COURT

HATO REY            , PR

Receipt No.    100 112587
Cashier            anthony

Tender Type   CHECK

Check Number: 2695

Transaction Type   N

DO Code     Div No      Acct
4669           1        086900

Amount              $     105.00

96-2650(PG) FOR NOTICE OF APPEAL / E
DUARDO A. VERA RAMIREZ / 209713

EQUAL EMPLOY OPPORTUNITY




    cn


Tue Oct 24 15:42:27 2000
```