UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff<br><br>v.<br><br>UNION INDEPENDIENTE, ET AL.,<br><br>Defendants | Civ. No. 96-2650 (PG) |

## AMENDED JUDGMENT *NUNC PRO TUNC*

Having **GRANTED** Plaintiff's Rule 59 Motion to amend the Court's previous judgment, it is hereby

**ORDERED and ADJUDGED** that Plaintiff is awarded $133,136.42 in compounded prejudgment interest and back pay. Defendant is also ordered to reinstate David Cruz Carillo in his former position or in a position equal to that former position in terms of conditions and privileges of employment.

San Juan, Puerto Rico, November _13_, 2000.

JUAN M. PEREZ-GIMENEZ
U.S. District Judge

AO 72A
(Rev.8/82)