UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
'01 SEP -4 PM 1: 36
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION,
    Plaintiff,

v.                              Civil No. 96-2650(PG)

UNION INDEPENDIENTE DE LA
AUTORIDAD DE ACUEDUCTOS Y
ALCANTARILLADOS DE PUERTO RICO,
    Defendant,

and

AUTORIDAD DE ACUEDUCTOS Y
ALCANTARILLADOS DE PUERTO RICO,

| MOTION | ORDER |
|---|---|
| Docket #66 - Motion for Leave to Withdraw Legal Representation | **GRANTED.** UIA's new counsel is Ramírez Lavandero & Associates Law Firm. They shall file an appearance with 20 days of receiving this order. |

Date: August 30, 2001.

JUAN M. PEREZ-GIMENEZ
U.S. District Judge