# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF SETTING**　　　　　　　　　Date: June 13, 2002

| | |
|---|---|
| EQUAL EMPLOYMENT <br> OPPORTUNITY COMMISSION <br><br> Plaintiff <br><br> v. <br><br> U.I.A., et al <br><br> Defendants | <br><br><br><br><br><br> CV 96-2650 (PG) |

By Order of the Court a **status conference** in the above captioned case, is hereby set for **Tuesday, June 18, 2002,** at 8:45 A.M. This proceeding will be held before Honorable Juan M. Pérez-Giménez, U. S. District Judge.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Lida Isis Egelé
　　　　　　　　　　　　　　　　　　　　　Courtroom Deputy

s/c:　Ana V. González　　(Notified by phone: left voice mail)
　　　Angel L. Tapia　　　　"　　"　　"　personally