# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

MINUTES OF PROCEEDINGS

| | |
|---|---|
| HONORABLE JUAN M. PEREZ-GIMENEZ | DATE: June 18, 2002 |
| COURTROOM DEPUTY: Lida Isis EGELE | CIVIL CASE: **96-2650 (PG)** |

===================================================================

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION | Attorneys: Ana V. GONZALEZ<br>Rosa PALACIOS |
| vs. | |
| UNION INDEPENDIENTE DE LA AUTORIDAD DE ACUEDUCTOS Y ALCANTARILLADOS, et al | Angel TAPIA FLORES |

===================================================================

STATUS CONFERENCE held in chambers. The Court is informed that the A.A.A. is without legal representative at this time. Counsel Robert Ariel Fernández, from the law firm of Lespier & Muñoz Noya, represented the A.A.A. in the appeal and it appears that he will enter an appearance on their behalf in the district court.

The plaintiff's main office was in the World Trade Center and due to the terrorist act of September 11, 2001, they lost all their files. Defense counsel will provide them with copies of his file, of the discovery and of the depositions.

**A second status conference will be held on August 5, 2002, at 8:45 a.m.**



CV 96-2650 (PG)  
June 18, 2002

Page 2

By that time the plaintiff will have a reconstructed file and the attorney for the A.A.A. will be present.

Lida Isis EGELE  
Courtroom Deputy

s/c:   Counsel of record and Roberto Arias Fernández