UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION,
    Plaintiff,

v.                                    Civil No. 96-2650(PG)

UNION INDEPENDIENTE DE LA
AUTORIDAD DE ACUEDUCTOS Y
ALCANTARILLADOS DE PUERTO RICO,
    Defendant,

and

AUTORIDAD DE ACUEDUCTOS Y
ALCANTARILLADOS DE PUERTO RICO,

| MOTION | ORDER |
| --- | --- |
| Docket #69 - ENTRY OF APPEARANCE AND NOTICE OF SUBSTITUTION OF COUNSEL. | **NOTED.** Not being admitted to practice in this Court, appearing attorney R. Liliana Palacios will be required to apply for permission to appear as attorney of record in this case. See D.P.R. Loc. R. 204(2). |

Date: July 8, 2002.

JUAN M. PEREZ-GIMENEZ
U.S. District Judge