# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

<u>MINUTES OF PROCEEDINGS</u>

| | |
|---|---|
| HONORABLE JUAN M. PEREZ-GIMENEZ | DATE: August 5, 2002 |
| COURTROOM DEPUTY: Lida Isis EGELE | **CIVIL CASE:   96-2650 (PG)** |

========================================================================

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION | <u>Attorneys:</u>   Katherine BISSELL<br>Ana Victoria GONZALEZ JOY |
| vs. | |
| U.I.A. and A.A.A. | Angel TAPIA FLORES<br>Roberto FERNANDEZ QUILES |

========================================================================

SECOND STATUS CONFERENCE held in chambers.   Co-defendant U.I.A. submitted to the plaintiffs all the discovery requested.  The parties have been discussing settlement.  The problem is that the defendants are willing to re-instate Mr. Carrillo but they are not in a position to give him the back pay that he is requesting.

The defendants will take two more depositions.  The continuance of the deposition of Mr. Carrillo is set for September 19, 2002.  There is another witness whose name they will produce within five days, and who will be deposed on September 20, 2002.

The plaintiff will take the depositions of Pastor Guzmán, of Mr. Vázquez, and of the president of the union.  The first two will be taken on September 26, and the president's deposition will be taken on September 27, 2002.



CV 96-2650 (PG)                                                                Page  2
August 5, 2002

Counsel for co-defendant A.A.A. states that, in any event, if there is a judgment for the plaintiff, the union is the party that will have to pay. Counsel for the union argues in opposition. The Court states that this is an internal matter that will be addressed when and if there is a judgment to be paid.

**A pretrial conference is set for October 18, 2002, at 11:00 a.m.** The Pretrial Order is to be submitted on that day. **Non jury trial is set for November 12, 2002, at 9:00 a.m.** The estimated trial length is of three days.

The defense is granted ten days to file a formal request for jury trial.

                                                               _____
                                                               Lida Isis EGELE
                                                               Courtroom Deputy

s/c:   Counsel of record