UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION,
    Plaintiff,

v.                                 Civil No. 96-2650(PG)

UNION INDEPENDIENTE DE LA
AUTORIDAD DE ACUEDUCTOS Y
ALCANTARILLADOS DE PUERTO RICO,
    Defendant,

and

AUTORIDAD DE ACUEDUCTOS Y
ALCANTARILLADOS DE PUERTO RICO,

| MOTION | ORDER |
|---|---|
| Docket #78 - MOTION REQUESTING ADDITIONAL TIME TO REPLY TO MOTION OPPOSING JURY TRIAL. | DENIED. <u>See</u> D.P.R. Loc. R. 311(7). |

Date: _September 7_, 2002.

JUAN M. PEREZ-GIMENEZ
U.S. District Judge

