UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION,
    Plaintiff,

v.                                              Civil No. 96-2650(PG)

UNION INDEPENDIENTE DE LA
AUTORIDAD DE ACUEDUCTOS Y
ALCANTARILLADOS DE PUERTO RICO,
    Defendant,

and

AUTORIDAD DE ACUEDUCTOS Y
ALCANTARILLADOS DE PUERTO RICO,

| MOTION | ORDER |
|---|---|
| Docket #76 - MOTION TO DEMAND JURY TRIAL. | **DENIED.** The non-jury trial in this case will begin on Tuesday, November 12, 2002. |
| Docket #77 - PLAINTIFF EEOC RESPONSE OPPOSING DEFENDANT'S UIA'S DEMAND FOR A JURY TRIAL. | **GRANTED.** |

Date: _September 5_, 2002.

JUAN M. PEREZ-GIMENEZ
U.S. District Judge