UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION,
    Plaintiff,

v.     Civil No. 96-2650(PG)

UNION INDEPENDIENTE DE LA
AUTORIDAD DE ACUEDUCTOS Y
ALCANTARILLADOS DE PUERTO RICO,
    Defendant,

and

AUTORIDAD DE ACUEDUCTOS Y
ALCANTARILLADOS DE PUERTO RICO,

| MOTION | ORDER |
|---|---|
| Docket # 81 - NOTICE OF WITHDRAWAL OF LEGAL REPRESENTATION. | **NOTED.** Based on assurances made by AAA in-house counsel, Verónica Candelas, Esq., to counsel withdrawing representation the Court expects appearance of new counsel no later than Friday, October 11, 2002. |
| Docket # 82 - MOTION OPPOSING WITHDRAWAL OF LEGAL REPRESENTATION. | **DENIED.** |
| Docket # 83 - MOTION ASSUMING LEGAL REPRESENTATION. | **NOTED.** |

Date: October __9__, 2002.

DANIEL R. DOMÍNGUEZ
U.S. District Judge

FOR: JUAN M. PEREZ-GIMENEZ
U.S. District Judge


