# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

## MINUTES OF PROCEEDINGS

HONORABLE JUAN M. PEREZ-GIMENEZ          DATE: October 18, 2002

COURTROOM DEPUTY: Lida Isis EGELE         **CIVIL CASE: 96-2650 (PG)**

===================================================================

EQUAL EMPLOYMENT OPPORTUNITY          Attorneys: Katherine BISSELL
COMMISSION                            Ana Victoria GONZALEZ JOY

vs.

U.I.A. and A.A.A.                     Angel TAPIA FLORES
                                      Rafael VELAZQUEZ

===================================================================

PRETRIAL CONFERENCE held in chambers. The Pretrial Order is to be filed by October 21, 2002. The parties are instructed to continue their settlement negotiations and report back to the Court by next Wednesday, October 23, 2002, the results of those settlement conversations.

The attorney for AAA will contact the attorney for ONDEO, advise him of these proceedings and have him contact the attorney for the plaintiffs as soon as possible.

Lida Isis EGELE
Courtroom Deputy



