# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF SETTING**                    Date: November 6, 2002

| | |
|---|---|
| EQUAL EMPLOYMENT OPTIONS OPPORTUNITY COMMISSION | |
| Plaintiff | |
| v. | CV 96-2650 (PG) |
| U.I.A., et al | |
| Defendants | |

By Order of the Court a **status conference** in the above captioned case, is hereby set for **Tuesday, December 17, 2002,** at 8:45 A.M. The non jury trial scheduled for November 12, 2002, is hereby **vacated and set aside.**

This proceeding will be held before Honorable Juan M. Pérez-Giménez, U. S. District Judge.

                                                    Lida Isis Egelé
                                                    Courtroom Deputy

s/c:   Counsel of record.


