# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS**

| | |
|---|---|
| HONORABLE JUAN M. PEREZ-GIMENEZ | DATE: December 17, 2002 |
| COURTROOM DEPUTY: Lida Isis EGELE | **CIVIL CASE: 96-2650 (PG)** |

===================================================================

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION | Attorneys: Katherine BISSELL<br>Ana Victoria GONZALEZ JOY |
| vs. | |
| U.I.A. and A.A.A. | Angel TAPIA FLORES<br>Rafael VAZQUEZ GONZALEZ |

===================================================================

STATUS CONFERENCE held in chambers. Plaintiffs' motion to amend the complaint is granted.

**Further status conference is set for February 25, 2003, at 8:45 a.m.**

Lida Isis EGELE
Courtroom Deputy

s/c:   Counsel of record