UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION,
    Plaintiff,

v.                        Civil No. 96-2650(PG)

UNION INDEPENDIENTE DE LA
AUTORIDAD DE ACUEDUCTOS Y
ALCANTARILLADOS DE PUERTO RICO,
    Defendant,

and

AUTORIDAD DE ACUEDUCTOS Y
ALCANTARILLADOS DE PUERTO RICO,

| MOTION | ORDER |
|---|---|
| Docket # 95 - PETITION FOR CONTINUANCE OF STATUS CONFERENCE. | **GRANTED**. The status conference originally set for February 25, 2003 is hereby rescheduled and will be held on March 27, 2003 at 8:45 a.m. |
| Docket # 96 - MOTION FOR EXTENSION OF TIME TO ANSWER THE COMPLAINT OR OTHERWISE PLEAD. | **GRANTED**, as requested. No more extensions of time will be granted. |

Date: February 24, 2003.

JUAN M. PEREZ-GIMENEZ
U.S. District Judge

Parties notified by phone on 2/24/03:
Ana V. González (left voicemail)
Pedro Salicrup (atty. Vargas)
Angel Tapia (atty. Aponte)
Rafael Vázquez (couldn't notify - phone appears disconnected)