# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF RE-SETTING**                     Date:  March 19, 2003

| | |
|---|---|
| EQUAL EMPLOYMENT  * <br> OPPORTUNITY COMMISSION  * <br>  * <br> Plaintiff  * <br>  * <br> v.  * <br>  * <br> U.I.A., et al  * <br>  * <br> Defendants  * <br>  * | **CV 96-2650 (PG)** |

By Order of the Court the **pretrial conference** in the above captioned case, which is set for March 27, 2003, is hereby reset for **Friday, April 4, 2003,** at 8:45 A.M.  This proceeding will be held before Honorable Juan M. Pérez-Giménez, U. S. District Judge.

                                                 Lida Isis Egelé
                                                 Courtroom Deputy

s/c:   Counsel of record.


