# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

MINUTES OF PROCEEDINGS

| | |
|---|---|
| HONORABLE JUAN M. PEREZ-GIMENEZ | DATE: April 4, 2003 |
| COURTROOM DEPUTY: Lida Isis EGELE | **CIVIL CASE: 96-2650 (PG)** |

===================================================================

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION | Attorneys: Katherine BISSELL<br>Ana Victoria GONZALEZ JOY |
| vs. | |
| U.I.A. and A.A.A. | Angel TAPIA FLORES<br>Rafael VAZQUEZ GONZALEZ<br>Victor RODRIGUEZ FUENTES<br>Luis VARGAS |

===================================================================

FURTHER STATUS CONFERENCE held in chambers. There are on going settlement negotiations. Plaintiffs request a trial date.

Counsel for defendants U.I.A. and A.A.A. will take the deposition of Eng. Emilio Colón either on April 30, 2003, at 2:00 p.m. or on May 1, 2003. Thereafter, these defendants and the plaintiff shall meet and try to settle this case.

The parties have ten days to provide defendant Ondeo with all the discovery conducted up to now. Ondeo is granted until May 30, 2003, to conduct any further discovery they need.

The parties are to submit an amended joint Pretrial Order by May 30, 2003. **Non**




CV 96-2650 (PG)  Page 2
April 4, 2003

**jury trial is set for June 11, 2003, at 9:00 a.m.** The estimated trial length is of 3 to 4 days.

A settlement conference will be held before Magistrate Judge Aida Delgado Colón on May 13, 2003, at 10:00 a.m.

Lida Isis EGELE
Courtroom Deputy

s/c: Counsel of record
Mag/Judge Delgado Colón
Case Manager Mag/Judge Delgado Colón