IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION
    Plaintiff

v.                                                                        Civil No. 96-2650(PG)

UNION INDEPENDIENTE AUTENTICA
DE LA AAA
    Defendant

AUTORIDAD DE ACUEDUCTOS Y
ALCANTARILLADOS and ONDEO DE
PUERTO RICO
    Rule 19 Defendants

### ORDER

A Settlement Conference has been set in this case for May 13, 2003. From May 12 to 16, 2003, the undersigned will preside over a jury trial in Civil Case No. 01-1678(JAG/ADC).

The parties were asked to consult among themselves and concur on a mutually acceptable date for the resetting of the Settlement Conference. Yesterday, Attorney Liliana Palacios, attorney for plaintiff, notified my office that the parties are available on June 2, 2003, at 9:00 AM.

Accordingly, **the Settlement Conference is reset for June 2, 2003, at 9:00 AM.**

**SO ORDERED.**

At San Juan, Puerto Rico, this 8th day of May, 2003.

AIDA M. DELGADO-COLON
U.S. Magistrate-Judge