

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION**
    Plaintiff

v.

**UNION INDEPENDIENTE AUTENTICA
DE LA A.A.A.**
    Defendant

**AUTORIDAD DE ACUEDUCTOS Y
ALCANTARILLADOS and ONDEO DE
PUERTO RICO**
    Rule 19 Defendants

Civil No. 96-2650(PG)

## SETTLEMENT CONFERENCE REPORT AND ORDER

At the Settlement Conference held on June 2, 2003, plaintiff appeared represented by Attorneys Katherine E. Bissell and Lilian Palacios. Union representatives attended and were available to participate in settlement negotiations. Defendant Unión Independiente Auténtica de la A.A.A. was represented by Attorney Angel Tapia-Flores, defendant Autoridad de Acueductos y Alcantarillados was represented by Attorney Rafael Vázquez-González, and defendant Ondeo de Puerto Rico was represented by Attorney Víctor Rodríguez.

Prior to the conference the parties had exchanged settlement demands and offers. After several hours, the parties reached a settlement providing for a monetary compensation in the amount of $75,000.00 (subject to deductions) and employment conditions. The terms and conditions to which the parties agreed to were extensively



Civil No. 96-2650(PG)                                                                                          Page No. 2

discussed at a joint session after which the proposed changes to the consent Decree were approved by the parties. The parties have signed the Consent Decree which is considered final and enforceable. Nonetheless, the parties will submit **within the next five (5) days** a legible or typed version of the Consent Decree duly signed by the parties.

**SO ORDERED.**

At San Juan, Puerto Rico, this 3rd day of June, 2003.

*[signature]*
**AIDA M. DELGADO-COLON**
**U.S. Magistrate-Judge**